PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hassell, Toby                                    Cr.: 97-00470-001

Name of Sentencing Judicial Officer: William G. Bassler

Date of Original Sentence: 08/05/98

Original Offense: Possession with Intent to Distribute Cocaine

Original Sentence: 3 years supervised release, financial disclosure, drug treatment and $750.00 fine.

Type of Supervision: Supervised release                Date Supervision Commenced: 3/4/04

Assistant U.S. Attorney: Carolyn Murray, 970 Broad Street, Room 502, Newark, New Jersey 07102
Defense Attorney: James Fine (Assigned), 596 Franklin Avenue, Nutley, New Jersey 07110

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant is to be confined to her residence for a period of 5 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.'** |
| | The offender left home January 17, 2006 at 12:00pm or thereabouts and reported to the probation office at 1:30pm. Hassell left the office at 3:00pm and failed to return home. The releasee finally returned home at 9:21am, on January 20, 2006. |
| | Essentially, Hassell violated his home confinement curfew by being unaccounted for since the evening of January 17, 2006. |

I declare under penalty of perjury that the foregoing is true and correct.

By: /Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 1/19/06

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: 3/21/06
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7 Mar 06
_____
Date